IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOSEPH DUNPHY JR.,

    Petitioner,                    No. CIV S-04-2623 DFL KJM P

    vs.

DAVID L. RUNNELS,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  On March 9, 2006, the court recommended that this action be dismissed due to petitioner's failure to file an opposition or a statement of non-opposition to respondent's July 18, 2005 motion to dismiss.  Petitioner has filed objections to the March 9, 2006 findings and recommendations in which petitioner indicates that he never received a copy of respondent's motion to dismiss or the court's October 12, 2005 order directing petitioner to either file an opposition or a statement of non-opposition.  In light of petitioner's filing, the court will place a temporary hold on the findings and recommendations and provide petitioner an opportunity to file an opposition to the motion to dismiss.

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent shall re-serve a copy of his July 18, 2005 motion to dismiss upon petitioner and file a certificate of service with the court; and

2. Petitioner shall file an opposition or a statement of non-opposition to the motion to dismiss within thirty days of service of the motion. If petitioner fails to comply with this order, the court will submit March 9, 2006 findings and recommendations to the district court judge assigned to this case for consideration.

DATED: March 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
dunp2623.ext